**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

JAMES WASHINGTON,
Defendant.

09 Cr. 801 (RMB)

**ORDER**

The Court has received the Government's letter dated October 27, 2026 which requests the entry of a Final Order of Forfeiture. Dkt. No. 179. The proposed Final Order of Forfeiture would forfeit Defendant James Washington's interest in "$621.59 in United States currency . . . representing the portion of payments made by the Social Security Administration to Defendant . . . that was intercepted by the Treasury Offset Program." Dkt. No. 179-1.

Defense counsel is directed to respond to the Government's letter no later than Friday, November 6, 2026. The parties are directed to the Preliminary Order of Forfeiture entered by the Court on August 6, 2020 which states that "the [Treasury Offset Program] will never offset a monthly social security payment that is equal or less than $750.00." Dkt. No. 172 at 2.

Date: October 27, 2026
New York, New York

RMB

**RICHARD M. BERMAN, U.S.D.J.**